# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| The South Carolina Department of Health and Environmental Control, <br><br> Plaintiff, <br><br> vs. <br><br> Horton Sales Development Corporation; William Greg Horton; Cathryn J. Strohm Horton; IBC Logistics, LLC; D.T. Alexander Beard; Appleton Papers, Inc.; Ashland, Inc.; BMW Manufacturing Company, LLC, f/k/a BMW Manufacturing Corporation; Cardinal Container Services, Inc.; Chem-Tex a/k/a Chem-Tex Laboratories, Inc.; Ciba Holding AG, n/k/a BASF, Inc.; Clariant Corporation; Greif, Inc.; Goodrich Corporation; The Lubrizol Corporation; The Milliken Corporation; Mount Vernon Mills, Inc.; Rhodia, Inc.; Sonoco Products Company; KMI Continental Fibre Drum, Inc.; Sonoco Plastic Drum, Inc.; Southern Container, Inc.; Southern Container, LLC; Textile Rubber and Chemical Corporation; Wacker Chemical Corporation, <br><br> Defendants. | Case No. 6:11-cv-1657-HMH <br><br><br><br><br> **GREIF, INC.'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

Defendant Greif, Inc. ("Greif"), by and through its undersigned attorneys, hereby submits the following answers on its behalf and on the behalf of KMI Continental Fibre Drum, Inc. and Sonoco Plastic Drum, Inc. (which have been merged into Greif and no longer have a separate corporate existence) to the Rule 26.01 Interrogatories of the Local Civil Rules of the United States District Court of South Carolina:

**(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

ANSWER:    Greif is not aware of any persons or legal entities who may have subrogation interest in any claims in this matter.

**(B)    As to each claim, state whether it should be tried jury or nonjury and why.**

ANSWER:    The claims against Greif should be tried non-jury as these claims are either directly or indirectly based on the Comprehensive Environmental Response, Compensation and Liability Act 42 U.S.C. §§ 9601 *et seq.* ("CERCLA").

**(C)    State whether the party submitting these responses is a publicly owned company and separately identify; (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

ANSWER:    Greif, Inc. is a publicly owned company.  There is no publicly owned company of which Greif is a parent, subsidiary, partner, or affiliate. There is no publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of Greif.  There is no publicly owned company in which the Greif owns ten percent or more of the outstanding shares.

**(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

2

ANSWER:     Greif does not challenge the appropriateness of the division in which this claim was filed.

**(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?   If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.**

ANSWER:     Greif is unaware of any such matter filed in this District.

**(F)     [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

ANSWER:     Greif, Inc. is properly identified.   KMI Continental Fibre Drum, Inc. and Sonoco Plastic Drum, Inc. are not properly identified as they have been merged into Greif and no longer have any corporate existence.

**(G)     [Defendants only.]   If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

ANSWER:     Greif denies any liability to Plaintiff for the claims asserted in this action. However, to the extent that Greif is found liable under the claims asserted in this action, Greif intends to seek contribution from other defendants and from other parties which may be identified as potentially responsible parties in connection with the facility which is the subject of this action.  Greif has not yet identified all parties from which it may seek contribution and/or indemnification.  Greif reserves the right to bring claims for indemnification and/or contribution in this action or in a separate action and will supplement this response as required.

/s/ Joan Wash Hartley

W. Thomas Lavender, Jr. (Fed. ID No. 2689)
Joan Wash Hartley (Fed. ID No. 9548)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC   29202
803.771.8900

Attorneys for Defendant Greif, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that January 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Joan Wash Hartley
_____
Joan Wash Hartley (Fed. ID No. 9548)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC   29202
803.771.8900

Attorney for Defendant Greif, Inc.