# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The South Carolina Department of Health and Environmental Control,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Horton Sales Development Corporation; William Greg Horton; Cathryn J. Strohm Horton; IBC Logistics, LLC; D.T. Alexander Beard; Appleton Papers, Inc.; Ashland, Inc.; BMW Manufacturing Company, LLC, f/k/a BMW Manufacturing Corporation; Cardinal Container Services, Inc.; Chem-Tex a/k/a Chem-Tex Laboratories, Inc.; Ciba Holding AG, n/k/a BASF, Inc.; Clariant Corporation; Greif, Inc.; Goodrich Corporation; The Lubrizol Corporation; The Milliken Corporation; Mount Vernon Mills, Inc.; Rhodia, Inc.; Sonoco Products Company; KMI Continental Fibre Drum, Inc.; Sonoco Plastic Drum, Inc.; Southern Container, Inc.; Southern Container, LLC; Textile Rubber and Chemical Corporation; Wacker Chemical Corporation,<br><br>　　　　　Defendants. | Case No. 6:11-cv-1657-HMH<br><br><br><br>**GREIF, INC.'S CORPORATE DISCLOSURE** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 26.12, Defendant Greif, Inc. ("Greif"), by and through its undersigned attorneys, hereby states that it has no parent corporation and there is no publicly held corporation which owns 10 percent or more of its stock.

2

| | |
|---|---|
| January 9, 2012 | /s/ Joan Wash Hartley |
| | W. Thomas Lavender, Jr. (Fed. ID No. 2689) |
| | Joan Wash Hartley (Fed. ID No. 9548) |
| | NEXSEN PRUET, LLC |
| | 1230 Main Street, Suite 700 (29201) |
| | Post Office Drawer 2426 |
| | Columbia, SC   29202 |
| | 803.771.8900 |

Attorneys for Defendant Greif, Inc.

**CERTIFICATE OF SERVICE**

  I hereby certify that January 9, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

    /s/ Joan Wash Hartley
    Joan Wash Hartley (Fed. ID No. 9548)
    NEXSEN PRUET, LLC
    1230 Main Street, Suite 700 (29201)
    Post Office Drawer 2426
    Columbia, SC   29202
    803.771.8900

    Attorney for Defendant Greif, Inc.